IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSHUA M. JERRY,**

      **Plaintiff,**

**vs.**                                    **CASE NO. 5:14cv246-RS/CAS**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social**
**Security,**

      **Defendant.**

_____/

## REPORT AND RECOMMENDATION

      The Defendant filed an Unopposed Motion for Entry of Judgment and a
memorandum in support and requests that the decision of the Acting Commissioner be
reversed pursuant to sentence four of 42 U.S.C. § 405(g) and this case remanded for
further proceedings consistent with the motion.  Doc. 17.  A sentence four remand is
discretionary, but requires that the court enter a judgment affirming, modifying, or
reversing the decision of the Acting Commissioner.  The proper option in this case is to
reverse the Acting Commissioner's decision and remand.  Shalala v. Schaefer, 509 U.S.
292 (1993).

      Accordingly, it is **RECOMMENDED** that Defendant's unopposed motion be
**GRANTED** and that the order adopting this Report and Recommendation direct the
Clerk to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure
reversing the decision of the Acting Commissioner and remanding this case to the

Acting Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the motion.

**IN CHAMBERS** at Tallahassee, Florida, on May 19, 2015.

<u>**s/ Charles A. Stampelos**</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.