# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSHUA M. JERRY,

    Plaintiff,

v.                              CASE NO. 5:14cv246-RH/CAS

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision is REVERSED. The case is REMANDED to the Commissioner under sentence four

of 42 U.S.C. § 405(g) for further proceedings consistent with the report and recommendation." The clerk must close the file.

SO ORDERED on June 19, 2015.

                                    s/Robert L. Hinkle
                                    United States District Judge