IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA M. JERRY,

    Plaintiff,

vs.                                  Case No. 5:14cv246-RH/CAS

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), requesting attorney's fees in the amount of $4,125.04 and recovery of the $400 filing fee pursuant to the judgment fund.  Doc. 22. Plaintiff states in the Motion that the Defendant is not opposed and points out that the fee should be made payable to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's Petition for Attorney's Fees, doc. 22, be **GRANTED** and the court order that the Commissioner certify and make payment payable to Plaintiff's counsel in the amount of $4,125.04 as a reasonable attorney's fee and $400.00 as recovery for the filing fee, and that the payment be delivered to Plaintiff's counsel, unless Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government shall accept Plaintiff's assignment of EAJA Fees and pay the attorney's fees and the filing fee directly to Plaintiff's counsel.

**IN CHAMBERS** at Tallahassee, Florida, on September 1, 2015.

s/   Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.