IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA M. JERRY,

    Plaintiff,

v.                                                                    CASE NO. 5:14cv246-RH/CAS

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 23. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 22, is GRANTED. The Secretary must pay $4,125.04 as attorney's fees under the Equal Access to Justice Act and $400 as costs for a total of $4,525.04, in the manner and on the

conditions set out in the report and recommendation.

      SO ORDERED on October 6, 2015.

                                      s/Robert L. Hinkle
                                      United States District Judge